**Opinion filed November 21, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00151-CV

_____

## IN THE MATTER OF THE ESTATE OF
## SWEETIE J. BOYLE, DECEASED

**On Appeal from the County Court**

**Midland County, Texas**

**Trial Court Cause No. P11,674**

### O R D E R

The court is presented with yet another motion to extend the time within which to file Appellant's brief.

The clerk's record was originally due to be filed in this court on June 10, 2013. However, the record was not filed until July 11, 2013, because Appellant did not pay for it until this court directed him to do so.

Appellant's brief was originally due in this court on August 22, 2013. However, a few days before, on August 16, 2013, Appellant filed his first motion

to extend the time within which to file his brief; counsel stated that he was not able to complete the brief because he was busy. This court extended the due date to September 23, 2013.

However, on September 19, 2013, Appellant filed a notice of appearance of new counsel. At that same time, Appellant filed his second motion for an extension of time within which to file his brief. Once again, this court granted Appellant's motion, and his brief was due on November 22, 2013. And, once again, Appellant has asked this court to extend the due date; he seeks an extension until January 22, 2014. After the clerk's record has been on file for over four months, Appellant has only now discovered that it is incomplete and seeks this extension in order that the clerk of the trial court might file a supplemental clerk's record.

The court reluctantly grants the motion for extension of time. Appellant's brief is now due to be filed in this court on January 22, 2014. We note that by then this appeal will have been on file for eight months before it has been initially briefed by Appellant. The court expects Appellant to timely file his brief.

PER CURIAM

November 21, 2013

Panel consists of: Wright, C.J.,
and Bailey, J.

Willson, J., not participating.